POLSINELLI LLP
CARMEN J. COLE (SBN: 218489)
ccole@polsinelli.com
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone: (310) 556-1801
Facsimile: (310) 556-1802

GARRETT PARKS (SBN: 297971)
gparks@polsinelli.com
Three Embarcadero Center, Suite 2400
San Francisco, CA 94111
Telephone: (415) 248-2100
Facsimile: (415) 248-2101

Attorneys for Defendant
UPS CARTAGE SERVICES, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BARRAZA, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>UPS CARTAGE SERVICES, INC., a Delaware corporation; and DOES 1through 25, inclusive,<br><br>    Defendants. | Case No. **2:17-cv-08890-DMG-JEM**<br><br>**[PROPOSED] ORDER IN SUPPORT OF JOINT STIPULATED PROTECTIVE ORDER**<br><br>Judge: Hon. Dolly M. Gee<br>Dept. Courtroom 8C, 8th Floor |

# [PROPOSED] ORDER

GOOD CAUSE APPEARING, it is hereby ORDERED that all parties to this action and their counsel comply with the provisions of the Parties' Stipulated Protective Order.

**IT IS SO ORDERED.**

Dated: May 15, 2015

*John E. McDermott*

John E. McDermott
United States Magistrate Judge